W. Scott Cameron, State Bar No. 229828
Kavan J. Jeppson, State Bar No. 327547
**WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile
Email: scameron@weintraub.com
Email: kjeppson@weintraub.com

Attorneys for Plaintiffs CMS Lathrop Way, LLC and CMS Woodlake Property, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CMS LATHROP, LLC, a limited liability company; and, CMS WOODLAKE PROPERTY, LLC, a limited liability company<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SACRAMENTO, a municipal entity,<br><br>Defendant. | Case No. 2:22-cv-01804-TLN-AC<br><br>**STIPULATION TO MODIFY THE INITIAL PRETRIAL SCHEDULING ORDER AND ORDER** |

### STIPULATION

Pursuant to Civil L.R. 143, the parties to this matter, by and through their counsel of record, hereby stipulate and as follows:

**I.    RECITALS**

1. On October 12, 2022. The Court issued its Initial Pretrial Scheduling Order in this matter. That Order established the following deadlines and schedule:

- Discovery cutoff: July 14, 2023
- Expert Disclosure: September 12, 2023
- Rebuttal Expert Disclosure: October 12, 2023

- Last day to file Joint Notice of Trial Readiness if parties do not intend to file a dispositive motion: November 13, 2023
- Motion cutoff: January 10, 2024

2. The parties have begun discovery in this matter, but discovery has been delayed to allow the parties an opportunity to settle the dispute without further litigation.

3. In furtherance of the settlement efforts, the parties have delayed their discovery efforts in part. Specifically, the parties have delayed in disclosing expert witnesses, finalizing written discovery, and taking depositions.

4. Settlement discussions and negotiations have been hampered by the complexity of the issues raised in the lawsuit. Nonetheless, the parties have made significant strides toward reaching resolution of this dispute. Despite the progress made during settlement negotiations, and the prospect for further progress and potential resolution, the parties agree to, and ask the Court to order, a modest amendment to the Initial Pretrial Scheduling Order to permit them to complete settlement negotiations while still completing the remaining discovery and allow appropriate time for bringing any dispositive motions.

5. No trial date has been set in this matter, and no motion practice has taken place. The parties are also intending to mediate this dispute later this summer.

6. The parties have met and conferred and agreed upon the following amended schedule to continue all previously set dates by 120 days:

- Discovery cutoff: November 10, 2023
- Expert Disclosure: January 10, 2024
- Rebuttal Expert Disclosure: February 9, 2024
- Last day to file Joint Notice of Trial Readiness if parties do not intend to file a dispositive motion: March 12, 2024
- Motion cutoff: May 9, 2024

**II.    STIPULATION**

Subject to this Court's approval, the parties therefore stipulate and agree that the Initial Pretrial Scheduling Order should be amended as follows:

- Discovery cutoff: November 10, 2023
- Expert Disclosure: January 10, 2024
- Rebuttal Expert Disclosure: February 9, 2024
- Last day to file Joint Notice of Trial Readiness if parties do not intend to file a dispositive motion: March 12, 2024
- Motion cutoff: May 9, 2024

Dated: June 29, 2023

**WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN
Law Corporation

By: /s/ W. Scott Cameron
**W. Scott Cameron**
State Bar No. 229828

Attorneys for Plaintiffs CMS Lathrop Way, LLC and CMS Woodlake Property, LLC

Dated: June 29, 2023

SUSANA ALCALA WOOD,
City Attorney

By: /s/ Grace Pak
**Grace Pak**
Senior Deputy City Attorney

Attorneys for Defendant City of Sacramento

**ORDER**

**IT IS SO ORDERED.**

Dated: June 29th, 2023

_____
Troy L. Nunley
United States District Judge