SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**GÖKALP Y. GÜRER, Senior Deputy City Attorney (SBN 311919)**
ggurer@cityosacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Facsimile: (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CMS LATHROP WAY, LLC, a limited liability company; and CMS WOODLAKE PROPERTY, LLC, a limited liability company, <br><br>　　　　　Plaintiffs, <br><br>　vs. <br><br>CITY OF SACRAMENTO, a municipal entity, <br><br>　　　　　Defendant. | Case No.:  2:22-cv-01804-TLN-AC <br><br>**STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER; ORDER** |

Pursuant to Fed. R. Civ. P. 83 and Eastern District of California Local Rule 143, Defendant CITY OF SACRAMENTO and Plaintiffs CMS LATHROP, LLC and CMS WOODLAKE PROPERTY, LLC, by and through their respective counsel of record, stipulate as follows:

WHEREAS, on October 12, 2022, this Court issued its Initial Pretrial Scheduling Order (ECF No. 3).

WHEREAS, on June 30, 2023, this Court granted the parties' stipulation to modify the Initial Pretrial Scheduling Order (ECF No. 8), setting forth the following deadlines:

- November 10, 2023: Discovery cutoff
- January 10, 2024: Expert witness disclosure deadline
- February 9, 2024: Rebuttal expert witness disclosure deadline
- March 12, 2024: Deadline to file joint notice of trial readiness
- May 9, 2024: Deadline to file dispositive motions

WHEREAS, this Court has not yet set a date for jury trial.

WHEREAS, the parties have exchanged but not completed written discovery, and no depositions have been taken.  The parties are focusing their resources toward mediating this matter without expending additional resources on discovery.  Should mediation be unsuccessful, the parties will resume discovery to posture the case for trial.

WHEREAS, and for this Court's edification, the parties are filing a separate stipulation and proposed order to modify the scheduling order in the companion matter, *Railroad 1900, LLC v. City of Sacramento*, 2:21-cv-01673-WBS-DB, also with the goal of resolving that matter without expending additional resources on further discovery.

WHEREAS, in addition to and further hampering efforts to complete discovery by the current deadline, a key witness for Plaintiffs has tragically and unexpectedly passed away this week, necessitating additional time to conduct discovery as the witness' family mourns their loss.

THEREFORE, the parties ask this Court to modify the Pretrial Scheduling Order to set forth the following deadlines:

- <u>March 8, 2024</u>: Discovery cutoff
- <u>May 10, 2024</u>: Expert witness disclosure deadline
- <u>June 7, 2024</u>: Rebuttal expert witness disclosure deadline
- <u>July 12, 2024</u>: Deadline to file joint notice of trial readiness
- <u>September 6, 2024</u>: Deadline to file dispositive motions

DATED:  October 13, 2023               WEINTRAUB TOBIN CHEDIAK
                                       COLEMAN GRODIN
                                       Law Corporation


                                       By:   /s/ W. SCOTT CAMERON
                                             **W. SCOTT CAMERON**

                                       Attorneys for CMS LATHROP WAY,
                                       LLC AND CMS WOODLAKE
                                       PROPERTY, LLC


DATED:  October 13, 2023               SUSANA ALCALA WOOD,
                                       City Attorney


                                       By:   /s/ GÖKALP Y. GÜRER
                                             **GÖKALP Y. GÜRER**
                                             Senior Deputy City Attorney

                                       Attorneys for the CITY OF SACRAMENTO

STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER; ORDER

**ORDER**

**IT IS SO ORDERED.**

Dated: October 13, 2023

_____
Troy L. Nunley
United States District Judge